| | |
|---|---|
| STATE OF VIRGINIA<br>COUNTY OF RICHMOND | EASTERN DISTRICT OF VIRGINIA<br>COURT FILE |
| NO.08-35653-KRH | UNITED STATES BANKRUPTCY COURT |
| CIRCUIT CITY STORES, INC.<br><br>ALFRED H. SIEGEL, TRUSTEE<br>OF THE CIRCUIT CITY STORES, INC.<br>LIQUIDATING TRUST<br><br>PLAINTIFF<br><br>VS.<br>A&W CARPET AND FLOOR CARE SERVICES<br>DEFENDANT | DEFENDANT'S ANSWER<br><br>TO<br><br>PLAINTIFF'S COMPLAINT |

[Filed stamp: RICHMOND DIVISION, JAN X 6 2011, US BANKRUPTCY COURT]

The Defendant states the following as his/her Answer to Plaintiff's complaint:

1. A&W Carpet & Floor Care Service is no longer an Entity and is out of Business.
2. Frederick Addison (A&W Carpet & Floor Care) Filed Bankruptcy in March 2010. Discharged Aug. 2010.
3. A&W Services acted only as a Conduit between Circuit City and the Athletes Provided.
4. A&W only received not in excess of $4,500. of the 90,500.00 All other monies were paid out.
5. All Business was Conducted in normal Course of Business.
6. _____

Defendant asks the Court to _____ Dismiss _____

Dated 4 Jan 2010

Frederick Addison (Abw Cyst Floor Cue
Defendant
680 Fay Etville rd SE
Address
ATL GA 30016
City/State/Zip
678-663-7207
Telephone

VERIFICATION AND ACKNOWLEDGEMENT

a. I have read this document. To the best of my knowledge, information and belief the information, contained in the document is well grounded in fact and is warranted by existing law.

b. I have not been determined by any court in Minnesota or in any other State to be a frivolous litigant or subject to an Order precluding me from serving and filing this document.

c. I am not serving or filing this document for any improper purpose, such as to harass the other party or to cause delay or needless increase in the cost of litigation or to commit a fraud on the Court.

d. I understand that if I am not telling the truth or if I am misleading the court or if I am serving or filing this document for any improper purpose, the court can order me to pay money to the other party, including the reasonable expenses incurred by the other party because of the serving or filing of this document such as court costs, and reasonable attorneys fees.

_____
Defendant

Subscribed and sworn to before me this

_4th_ day of _January_, 2011.

Notary Public/Court Clerk _[signature]_

My Commission expires _11/7/2011_

| | |
|---|---|
| State of Virginia | Eastern District of Virginia<br>Richmond Division |
| County of Richmond | Case No. 08-35653<br>Case Type: United States Bankruptcy Court |

Circuit City Stores, Inc.

Alfred H. Siegel, Trustee of the Circuit City Stores, Inc.
Liquidating Trust

_____
Name of Plaintiff / Petitioner

V                                                                    **Affidavit of Service**

A&W Capet and Floor Care Services
_Frederick Addison_
_____
Name of Defendant / Respondent

STATE OF VIRGINIA    )
COUNTY OF RICHMOND) SS
        (County where Affidavit Signed)

I, Frederick M. Addison, being duly sworn, upon oath,
(Name of person who hand-delivered or mailed documents)

state that on 6 JANURARY 2011, I served the attached documents, namely
        (Date documents hand delivered or mailed)
The SUMMONS AND IN AN ADVERSARY PROCEEDING

_____
(Title of Documents hand delivered or mailed

upon (check one) ___ Plaintiff / Petitioner  _x_ Defendant / Respondent

by (check one) ___ Personal service (handing a true and correct copy of the documents
        to the following person(s): _____
                        Name of first person to whom documents hand delivered

        _____
        Name of second person, if any, to whom documents hand delivered

_X_ Mail service (mailing a true and correct and copy of the documents in an envelope addressed to the person at his/her last known address of 10100 Santa Monica Blvd 11th Floor, in the City of Los Angeles, State of California, and whose Zip Code is 90067-4100, and depositing the envelope, with sufficient postage, in the U.S. Mail at the Post Office located in the City of Conyers, State of Georgia.

Subscribed and sworn to
before me this _4th_ day
of _January_, 20_11_

_____
Notary Public/Deputy Clerk

_____
Signature of Person Who Delivered or Mailed Documents
(Sign only in presence of notary public or court

Street address 1903 GA Hwy 20 SE
City / State / Zip Conyers GA 30013